

**Boulder Outdoor Survival School**
P.O. Box 1590
Boulder, CO 80306
t.303.444.9779
f.303.442.7425

# FIELD COURSE CONTRACT - 2006

*This form must be completed and returned to BOSS within 21 days.*

STUDENT NAME: __Dave Buschow__   COURSE NUMBER(S): _____

1. I realize that this course will be a strenuous experience, and that I must condition myself through a physical conditioning program to prepare for the course.

2. I am a member of this course of my own choosing and will accept full responsibility for my actions under all conditions. I also agree to aid other members of the group in acting responsibly.

3. I understand and appreciate that there are inherent risks involved in this activity which are beyond the control of BOSS, Inc. or its staff, and agree to personally assume these risks.

4. I understand that I will not be rationed any food at the beginning of the Impact phase, and that after the completion of that phase, I will be on simple food rations throughout the course. The foods will consist of hearty grains and staples which may be unfamiliar to my regular diet but will be nutritious, and I agree to follow this diet or make prior arrangements (if allowable) with the people at BOSS.

5. After support vehicles leave, I am a member of Boulder Outdoor Survival School, Inc. and will intentionally avoid contact with the outside world.

6. I agree to take part in all course activities, contribute accordingly to the work required of students, and accept extenuating circumstances as being part of the course (i.e. bad weather, limited water and food, pests, etc.).

7. I understand that should I decide to leave the course at any time prior to its completion, BOSS, Inc. is responsible to take me only as far as the nearest road. To leave the course, prior arrangements must be made with the Field Director and a Course Release Form signed. I will be transported, if possible, as soon as proper arrangements have been made for my transport, taking into consideration the logistics and safety of the course and other participants. Leaving the course without permission or without signing a Course Release Form is a violation of this contract.

8. I accept total responsibility for full payment of any medical or related bills incurred, including emergency evacuations, operations, transportation to/from medical facilities, and medications dispensed for my treatment.

9. I agree to abide by the standards as outlined. This means that high standards of honor, integrity, morality, and the abstinence from alcohol, tobacco, and harmful drugs are required of every participant during the course. I understand that stealing, smoking, sexual or physical abuse of others, and subversive acts of harm or malicious intent may be grounds for my immediate dismissal from a BOSS course, with no tuition refund or credit.

10. For those registered for credit: I understand that my grade will be based on the following three criteria:
1. Completion of the course, 2. Completion of all projects, and 3. A final paper which includes self-, instructor, and phase-evaluations.

11. I understand that violation of the above contract is a direct release of BOSS, Inc. from damages produced by my actions. If any portion of this Field Course Contract is found to be invalid or unenforceable, the remaining portion shall nevertheless remain in full force and effect.

Signature of Participant: __Dave Buschow__   Date: __3 MAY 06__

Signature of Parent(s) or Guardian: _____   Date: _____

Relation to Participant: _____   Phone: _____